UNITED STATES of America, Plaintiff–Appellee,

v.

Eugene P. PATTERSON, Defendant–Appellant.

No. 13–10142.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 21, 2014.[*]

Filed Jan. 22, 2014.

Ann L. Demarais, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Peter Hormel, Esquire, Law Office of Peter Hormel, Lewisburg, PA, for Defendant–Appellant.

Eugene P. Patterson, Tucson, AZ, pro se.

Before: CANBY, SILVERMAN, and PAEZ, Circuit Judges.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Eugene P. Patterson appeals from the district court's judgment and challenges his guilty-plea conviction for assault on a federal officer, in violation of 18 U.S.C. § 111(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Patterson challenges the district court's denial of his motion to withdraw his guilty plea. The district court did not abuse its discretion in determining that Patterson had failed to demonstrate a fair and just reason for requesting withdrawal of his plea. *See* Fed.R.Crim.P. 11(d)(2)(B); *United States v. Ortega–Ascanio,* 376 F.3d 879, 883 (9th Cir.2004) (stating standard of review).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

